THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MICHAEL O'NEIL, Appellant.

Argued November 27, 1951; decided January 10, 1952.

*Robert Lamont* for appellant.

*T. Paul Kane, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.